DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALIN CHRISTOPHER PROPHETE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2103

[October 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502015CF008638AXXXMB.

Alin Christopher Prophete, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*    \*    \*

*Not final until disposition of timely filed motion for rehearing.*